IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rivera, Sharla

Printed: 6/12/07

Case Number: 06 B 13067
Judge: Doyle, Carol A
Filed: 10/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: June 11, 2007
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,577.89 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,451.75 |
| Trustee Fee: |  | 126.14 |
| Other Funds: |  | 0.00 |
| Totals: | 2,577.89 | 2,577.89 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,500.00 | 2,451.75 |
| 2. | America's Wholesale Lenders | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | America's Wholesale Lenders | Secured | 1,634.46 | 0.00 |
| 5. | Bank Of New York | Secured | 17,058.26 | 0.00 |
| 6. | US Department Of Education | Unsecured | 584.58 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 441.91 | 0.00 |
| 8. | US Department Of Education | Unsecured | 550.00 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 198.29 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 702.44 | 0.00 |
| 11. | Discover Financial Services | Unsecured | 448.69 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 650.00 | 0.00 |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Chase | Unsecured |  | No Claim Filed |
| 15. | Patients First Emergency | Unsecured |  | No Claim Filed |
| 16. | Kapp's Greenlaw | Unsecured |  | No Claim Filed |
| 17. | Community Hospital | Unsecured |  | No Claim Filed |
| 18. | Account Recovery Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,768.63 | $ 2,451.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 104.54 |
| 5.4% | 21.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rivera, Sharla                                                  Case Number:  06 B 13067
                                                                                        Judge:  Doyle, Carol A
         Printed:  6/12/07                                               Filed:  10/12/06

                                                    _____
                                                    $ 126.14

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:


                        _____
                        Denise Ashley